# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEREMY STEPHENS, et al., | ) | 1:05cv1126 DLB |
| | ) | |
| | ) | ORDER REGARDING HEARING ON |
| Plaintiffs, | ) | DEFENDANTS' MOTION FOR |
| | ) | SUMMARY JUDGMENT |
| v. | ) | |
| | ) | |
| STANISLAUS COUNTY SHERIFF, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the terms of the January 30, 2006, Scheduling Conference Order, Defendants filed their motion for summary judgment on December 15, 2006, and set the matter for hearing on January 19, 2007.

On January 17, 2007, the Court notified the parties, by minute order, that due to Plaintiffs' failure to file an opposition, the Court was removing the hearing from calendar and would rule by written order.

After Court's minute order was docketed and notice was transmitted to the parties via the email sent by the Court's Electronic Case Files (ECF) system, Plaintiffs filed the opposition to the motion along with a letter explaining the timing of their filing. Plaintiffs' counsel, John V. Bell, states that he filed the opposition pursuant to the timing set forth in Federal Rule of Civil Procedure 56(c) and did not believe that there was a Local Rule setting a different briefing schedule.

Mr. Bell is clearly mistaken.  Local Rule 78-230(c), provides that oppositions must be filed not less than fourteen days prior to the hearing date.  Indeed, Mr. Bell did not need to look far to find this information as it was specifically stated in the January 30, 2006, Scheduling Conference Order filed in this action.  At page 5, the Order states:

> All dispositive pre-trial motions shall be filed no later than December 15, 2006, and heard no later than January 19, 2007, in Courtroom 9 before the Honorable Dennis L. Beck, United States Magistrate Judge.  In scheduling such motions, counsel shall comply with **Local Rules 78-230 and 56-260.**  (emphasis in original).

Therefore, Plaintiffs have failed to comply with the January 30, 2006, Scheduling Conference Order and the January 19, 2007, hearing remains off calendar.  Plaintiffs may file for relief from their error and the Court will not rule on the motion for summary judgement before Plaintiffs have had an opportunity to move for relief from their failure to file a timely opposition.

IT IS SO ORDERED.

Dated:   **January 18, 2007**            /s/ **Dennis L. Beck**
3b142a                                             UNITED STATES MAGISTRATE JUDGE

2